THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02027-RPM

CHEYENNE HOTEL INVESTMENTS, LLC,

    Plaintiff,

v.

WESTFIELD INSURANCE COMPANY and
COLORADO CASUALTY INSURANCE COMPANY,

    Defendant.

_____

ORDER DIRECTING FURTHER FILING
_____

Upon review of the Status Report, filed by plaintiff's counsel on October 3, 2013, and the attached Order Confirming Chapter 11 Plan, it is now

ORDERED that the plaintiff shall file with this court the Third Amended Plan of Reorganization Dated August 5, 2013, and the Joint Agreed Stipulation Between Homewood Suites Franchise LLC and Cheyenne Hotel Investments, LLC Regarding Rights of the Debtor to Assume the Franchise License Agreement filed on August 9, 2013, and approved by the Court on August 13, 2013.

Dated: October 4th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge