THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02027-RPM

CHEYENNE HOTEL INVESTMENTS, LLC,

      Plaintiff,

v.

WESTFIELD INSURANCE COMPANY and
COLORADO CASUALTY INSURANCE COMPANY,

      Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WESTFIELD INSURANCE
COMPANY AS A DEFENDANT WITHOUT PREJUDICE
_____

      The **COURT** having reviewed **PLAINTIFF'S MOTION TO DISMISS WESTFIELD INSURANCE COMPANY AS A DEFENDANT WITHOUT PREJUDICE,** and having reviewed and being fully advised of all responses and pleadings hereby **GRANTS** the Motion.

      Dated:   January 9th, 2014

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior District Judge