IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02027-RPM

CHEYENNE HOTEL INVESTMENTS, LLC,

    Plaintiff,

v.

COLORADO CASUALTY INSURANCE COMPANY,

    Defendants.

## FINAL JUDGMENT

Pursuant to the Order Granting Defendant Colorado Casualty Insurance Company's Motion for Summary Judgment, by Senior District Judge Richard P. Matsch entered May 28, 2014, it is

ORDERED that Defendant Colorado Casualty Insurance Company's motion for summary judgment [25] is granted dismissing this civil action with prejudice and awarding costs to the defendant upon the filing of a Bill of Costs pursuant to D.C.COLO.LCivR 54.1.

Dated: May 28th, 2014

                                              FOR THE COURT:
                                              Jeffrey P. Colwell, Clerk

                                                    s/J. Chris Smith
                                            By _____
                                                      Deputy Clerk